UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60137-CIV-DIMITROULEAS

PATRICK VICTORIN,

    Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Edwin G. Torres (the "Report") [DE 26], issued on January 6, 2026, Plaintiff's Unopposed Motion for an Award of $8,500.00 in Attorneys' Fees Plus Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). [DE 23].

The Court notes that no objections to the Report [DE 26] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 26] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 26] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 26] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 23] is **GRANTED** as follows:

    a. Plaintiff is awarded $8,500.00 for fees reasonably incurred in the action under the EAJA.

    b. Reasonably incurred costs in the amount of $405.00, representing the filing fees charged to Plaintiff, are also awarded to be paid from the Judgment fund per 28 U.S.C. § 1304.

    c. If the United States Department of the Treasury verifies to the Office of the General Counsel that Plaintiff does not owe a debt, the Government should honor Plaintiff's assignment of EAJA fees and costs and make payment of Plaintiff's total fee award of $8,500.00 and $405.00 in costs payable directly to Plaintiff's counsel.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 15th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Torres